THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRACY SUTTON                                                              PLAINTIFF

v.                            Case No. 4:20-cv-01479-KGB

DOES                                                           DEFENDANT

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No party has filed objections, and the time to file objections has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Tracy Sutton's complaint for failure to comply with Local Rule 5.5(c)(2).

It is so ordered this 13th day of February, 2023.

                                                              Kristine G. Baker
                                                              United States District Judge